**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

Civil No. 18-1776 (JRT/JFD)

This Document Relates To:

*Cracker Barrel Old Country Store, Inc. et al. v. Smithfield Foods, Inc. et al.*, Civil No. 23-1830 (JRT/JFD)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed on November 3, 2026, by Plaintiffs Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc. (collectively "Cracker Barrel") and Defendant Agri Stats, Inc. (Docket No. 3533 (the "Stipulation").)

**IT IS HEREBY ORDERED** that:

1. The Stipulation (Docket No. [3533]) is approved in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All claims brought by Cracker Barrel against Agri Stats, Inc. in the above-captioned actions are **DISMISSED WITH PREJUDICE** as to Agri Stats, Inc. Each party shall bear their respective fees and costs.

2. This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than Cracker Barrel and Agri Stats, Inc.

DATED: November 19, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge